UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Liberty Media Holdings, LLC,

    Plaintiff,

        V.                          Case No. 1:11cv238

Swarm of November 18 to
December 8, 2010, Sharing
Hash File A3E6F6... *et al.*,         Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on Plaintiff Liberty Media's Response to Order to Show Cause and Second Ex Parte Motion for Enlargement of Time to Serve Complaint (Doc. 13). This motion requests an extension of time to effect service.

For good cause shown, and pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the motion is GRANTED. Plaintiff shall have until March 6, 2012, to effect service of its Complaint.

    **IT IS SO ORDERED.**

                                          s/Michael R. Barrett
                                          Michael R. Barrett
                                          United States District Judge